IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GWENDOLYN ST. CLAIR, | |
| Plaintiff, | Civil Action No. 16-667 |
| v. | Judge Cathy Bissoon |
| BOROUGH OF NEW BRIGHTON, *et al.*, | |
| Defendants. | |

### ORDER DISMISSING CASE

When Plaintiff's former counsel was permitted to withdraw, Plaintiff was afforded a generous period of time to either secure new counsel, or to file with the Court a notice of intent to proceed *pro se*. *See* text-Order dated Feb. 24, 2017 (Doc. 35). Plaintiff's deadline of April 10, 2017 has come and gone, and she has done neither. The Order specifically advised that, should Plaintiff fail to timely comply, her case may be summarily dismissed without further notice. *See id.*

Based on the current record, the Court has no reason to believe that Plaintiff remains interested in prosecuting this lawsuit. In any event, the case will be dismissed under Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir.1984), for Plaintiff's failure to prosecute and for her failure to comply with the February 24th Order. Specifically, the Poulis factors regarding Plaintiff's personal responsibility, failure to demonstrate excusable neglect and the lack of effective, alternative sanctions favor dismissal. *Id.* at 868.

For these reasons, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

April 24, 2017                                     s\Cathy Bissoon
                                                   Cathy Bissoon
                                                   United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Gwendolyn St. Clair
1522 Fifth Avenue
New Brighton, PA  15066