# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GWENDOLYN ST. CLAIR, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 16-667 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| BOROUGH OF NEW BRIGHTON, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Consistent with Local Civil Rule 17.1, Plaintiffs' Motion (Doc. 49) to Approve Settlement is GRANTED. *See* L. Civ. R. 17.1.A (allowing for approval of claims of minor-child, "as the circumstances might require"). Proceeds paid on behalf of the child shall be released to Plaintiff, Gwendolyn St. Clair. *See id.* at ¶ 17.1.C (where proceeds are less than $10,000, Court may authorize payment to "the [child's] natural guardian").

    IT IS SO ORDERED.


August 9, 2017                                    s\Cathy Bissoon
                                                                              Cathy Bissoon
                                                                              United States District Judge


cc (via ECF email notification):

All Counsel of Record